

# CLAIM FORM

**YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I - CONTACT INFORMATION

| CLAIMANT INFORMATION | | |
|---|---|---|
| **Claimant/Contact Name:** (Last, First) <br> LAMBRECHT, Patrick | | |
| **Business/Institution Name:** (if applicable) | | **Prisoner ID:** (if applicable) |
| **Address:** (Include Street, City, State, and Zip Code) <br> Schwanenring 1 <br> Giesen GT Ahrbergen, 31180 Germany | | |
| **Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one) <br> N/A | | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** <br> Mr Lambrecht Patrick is a foreign national, and citizen of Germany. He does not have Social Security. | | |
| **Phone:** (optional) <br> +79771360641 | | **Email:** (optional) |
| **ATTORNEY INFORMATION** (if applicable) | | |
| **Attorney Name:** (Last, First) <br> Yepremyan, Vahan | | |
| **Attorney Title:** | | |
| **Firm Name:** (if applicable) <br> Yepremyan Law Firm, Inc. | | |
| **Attorney Address:** (Include Street, City, State, and Zip Code) <br> 4729 Lankershim Blvd., <br> North Hollywood, CA 91602 | | |
| **Are you an attorney filing this claim on behalf of your client?** | [X] Yes | [ ] No |
| **Attorney Phone:** (optional) <br> 8185745544 | | **Attorney Email:** (optional) <br> vahan@vylawfirm.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 23-FBI-001443 | Financial Instrument - Virtual Currency - Value = $299,557.49, SN: ****69zk seized by the FBI on January 5, 2023 in Austin, TX. |
| 2 | 23-FBI-001464 | Financial Instrument - Virtual Currency - Value = $401.93, SN: ****b5bb seized by the FBI on January 5, 2023 in Austin, TX. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 23-FBI-001443 | Financial Instrument - Virtual Currency -  Value = $299,557.49, SN: ****69zk seized by the FBI  on January 5, 2023 in Austin, TX. |
| 23-FBI-001464 | Financial Instrument - Virtual Currency -  Value = $401.93, SN: ****b5bb seized by the FBI on January 5, 2023 in Austin, TX. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

I have a valid, good faith, and legally recognizable interest in the selected assets because these assets were acquired by me, using my own personal funds and savings, and these assets belong to me. Both the assets and the funds used to acquire said assets were obtained by me in a legal manner, in compliance with the applicable laws and regulations. I have not broken any domestic or international laws that would justify the forfeiture of my assets. To this day I have not been given the reason or the basis on which my assets were forfeited. I have requested explanation from Binance directly (see my communication attached) and have also filed a police report with the local authorities in Germany (please find attached), but have not been successful in getting any information or explanation.  I am attaching a copy of my passport used to open my account for you to be able to verify my identity and the fact that this is my account. I am happy to provide any additional information or documentation, that you may need.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

* Police report with local German authorities - complait.pdf
* Passport Mr Patrick Lambrecht - Passport.jpg
* Account desactivation notice - notice.png
* Binance discussion - Binance discussion..pdf
* Customer service agent - Customer service agent..pdf

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

DocuSigned by: *[signature]* 32DDB21BB0D8416

**Signature**

LAMBRECHT, Patrick

**Printed Name**

4/25/2023

**Date**

## Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

DocuSigned by: *[signature]* 32DDB21BB0D8416

**Signature**

LAMBRECHT, Patrick

**Printed Name**

4/25/2023

**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**